# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOHNATHAN JAMES WISE, | |
| Petitioner, | CASE NO. C06-373-RSM |
| v. | |
| SANDRA CARTER, | ORDER DISMISSING FEDERAL HABEAS PETITION |
| Respondent. | |

The Court, having reviewed the Petition for Writ of Habeas Corpus, Respondent's Answer, Petitioner's Response, the Report and Recommendation of the Honorable Monica J. Benton, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus (Dkt. #6), and this action, are DISMISSED, without prejudice, for lack of jurisdiction.

(3) The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent and to the Honorable Monica J. Benton.

DATED this _22_ day of August , 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 1